

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2100
Washington, D.C. 20201
Soulichith.Lunammachack@hhs.gov

July 11, 2024

*VIA ELECTRONIC TRANSMISSION*

Liz Shepherd, Esq.
Dolt Thompson Shepherd & Conway
13800 Lake Point Circle
Louisville KY 40223
lshepherd@kytrial.com

Re:   **Administrative Tort Claim of Alyshia and James Grant Lee Horn, Individually and as Administratix of Estate of Eleanor J. Horn** Claim No. 2024-0377

Dear Counsel:

This will acknowledge the receipt of the above-referenced administrative tort claim, that you filed on behalf of your clients, Alyshia and James Grant Lee Horn, Individually and as Administratix of Estate of Eleanor J. Horn.   The administrative tort claim was received in the Claims Office on May 30, 2024, for consideration and reply.

In order to evaluate your client's administrative tort claim, please forward the following substantiating evidence directly to this office **within 15 days** at the address above:

1.) **ELECTRONIC COPIES** of any inpatient and outpatient private medical records that *relate* to the allegations contained in the administrative tort claim;

2.) **ELECTRONIC COPIES** of all *pertinent* X-rays, fetal monitoring strips, diagnostic imaging, ultrasonography, computed tomography (CT) and magnetic resonance imaging (MRI);

3.) Itemized bills pertaining to all pertinent medical expenses incurred by reason of the alleged incident;

4.) If the prognosis reveals the necessity for future treatment, a statement of expected duration of, and, expenses for such treatment;

5.) If a claim is made for lost wages, a signed statement from your client's employer showing actual time and wages lost;



EXHIBIT B

Liz Shepherd, Esq.
Re: Claim No. 2024-0377
Pg. 2

      6.)    An authenticated Death Certificate, or other competent evidence showing cause of death, date of death;

      7.)    Evidence of your authority to represent your client in this matter; and

      8.)    Any other evidence or information that you believe has a bearing on the responsibility of the health center and its employees for the injuries and/or the damages claimed.

**PLEASE SEND THE MATERIALS TO MY EMAIL IN A SECURE, PASSWORD PROTECTED FORMAT AND EMAIL THE PASSWORD SEPERATELY OR SHARE FILE TRANSFERRING SERVICE, IF AVAILABLE.**

    Please be advised that all evidence must be furnished by a claimant within a reasonable period of time. By operation of 45 C.F.R. § 35.4(d), a claimant's failure to furnish evidence necessary to make a determination of his/her administrative tort claim within three months after a request for such evidence has been made, may be deemed an abandonment of the administrative tort claim. Further, a claimant's failure to provide requested evidence during the administrative tort claim process may result in a finding that his/her administrative remedies have not been exhausted, even if suit is filed more than six months after filing an administrative tort claim. See Swift v. United States, 614 F.2d 812 (1st Cir. 1980).

    Sincerely,

    *Soulichith Lunammachack*

    Soulichith Lunammachack
    Paralegal Specialist
    Claims Office