| AOC-805.1 | Doc. Code: OPP; | | Case No. 24-P-00102 |
|---|---|---|---|
| Rev. 12-23 | OWF; or OFID |  | Court District |
| Page 1 of 1 | | | County Letcher |
| Commonwealth of Kentucky | | ORDER PROBATING WILL; | |
| Court of Justice   www.kycourts.gov | | AND/OR APPOINTING | Division Probate |
| KRS 394.145; 395.015; 395.016 | | EXECUTOR/ADMINISTRATOR | |

ENTERED
MIKE WATTS, CLERK
MAY 08 2024
LETCHER CIRCUIT/DISTRICT COURTS
BY: _____ D.C.

IN RE: Estate of _____ ELEANOR JAMES HORN _____

☑ Petition filed this __7th__ day of __MAY__, 2024.

☐ Will tendered this _____ day of _____, 2____.

Upon hearing, the Will offered was proven by _____ and **ORDERED**
**PROBATED** as the Last Will and Testament of Decedent this _____ day of _____, 2____.

The Court appoints: _____ ALYSHIA HORN _____ as ☐ Executor/Executrix OR

☑ Administrator/Administratrix of said estate and fixes bond in the sum of $ _10,000 w/o surety_  ☐ with surety OR

☐ without surety.

(*Check if Executor/Executrix or Administrator/Administratrix is a nonresident*)

☐ The Court designates _____, whose address is _____

_____, as agent for the service of process in any action filed against the above-appointed Executor/Executrix or Administrator/Administratrix as personal representative or personally if the action accrued in the administration of the estate.

_5/8, 2024_                    _/s/ Kevin R. Mullins_
Date                              Judge's Signature

Distribution:  Case File
               Revenue Cabinet (Petition and Order)

PLAINTIFFS' 

EXHIBIT C

I HEREBY CERTIFY THE FOREGOING TO BE A TRUE COPY AS FILED IN THE OFFICE OF THE LETCHER CIRCUIT CLERK. WITNESS MY HAND AND SEAL THIS ___ DAY OF _May_, 20_24_.
MIKE WATTS, CLERK
BY: _Haily Caudie_ D.C.