**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**AT PIKEVILLE**

ALYSHIA R. HORN, individually and                       **PLAINTIFFS**
as Administratrix of
THE ESTATE OF ELEANOR J. HORN
233 Little Dry Fork
Whitesburg, Kentucky 41858

and

JAMES GRANT LEE HORN
233 Little Dry Fork
Whitesburg, Kentucky 41858

vs.                                  **CIVIL ACTION NO: 7:25-CV-00008**

## NOTICE OF FILING

UNITED STATES OF AMERICA                        **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\***

Comes Plaintiffs, Alyshia R. Horn, individually and as Administratrix of The Estate of Eleanor J. Horn, and James Grant Lee Horn, and states as follows:

1. On February 17, 2025, Plaintiffs filed a complaint in this Court without properly attaching the Summons.

2. Plaintiffs are now attaching the Summons to this Notice of Filing and respectfully ask that the attached Summons be issued.

Respectfully submitted,

*/s/ Liz J. Shepherd*_____
Tyler S. Thompson (KBA No. 81736)
Liz J. Shepherd (KBA No. 84033)
Dolt, Thompson, Shepherd & Conway, PSC
13800 Lake Point Circle
Louisville, Kentucky 40223
(502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com